UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                           Chapter 13
                                                Case No. 17-11742  CGM

**IMRAN MOHAMMAD SHAH,**

                                                **ORDER DISMISSING CASE**

                      Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

It appearing that the above named debtor filed an original petition under Chapter 13 of the Bankruptcy Code and relief was ordered on June 22, 2017; and it further appearing that upon the motion of the Chapter 13 Trustee dated August 9, 2017 to dismiss the case pursuant to 11 U.S.C. §1307(c)(1), on the ground of unreasonable delay that is prejudicial to creditors; (c)(3) for failure to timely file a plan and schedules; and (c)(4), for failure to remit payment as required under 11 U.S.C. §1326; and §521(i) and §521(e) (2)(A)(i) and (2)(B) for failure to submit the required documentation;  and ***after a hearing held on October 13, 2017***  it having been determined that it is in the best interests of creditors and the estate to dismiss this case.

      **NOW IT IS**

      **ORDERED**, that the case of the above named debtor be, pursuant to 11 U.S.C. §1307(c)(1), (c)(3)  and (c)(4), and  §521(i) and  §521(e) (2)(A)(i) and (2)(B), dismissed.



**Dated: October 23, 2017**
        **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**