**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Imran Mohammad Shah                         CASE NO.: 17–11742–cgm
 aka   Ron Shah
 aka   Diversity Homes

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 13
xxx–xx–3279   81–1096721

---

# ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 13 trustee has submitted the final report.

IT IS ORDERED THAT:

Jeffrey L. Sapir−13 is discharged as trustee of the estate of the above named debtor(s) and this chapter 13 case is closed.

Dated: November 17, 2017                                            Cecelia G. Morris, Bankruptcy Judge